**No. 50014.**—Protests 972470–G, etc., of Eitinger Bead Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458. The protests were sustained to this extent.

**No. 50015.**—Petitions 6422–R, etc., of American Express Co. et al. (New York).

Opinion by OLIVER, P. J. It appeared that the petitioner had filed appeals for reappraisement which were abandoned for the reason that the importer was unable to obtain any information from Germany. At the trial in this case the president of the importing corporation testified that he was familiar with the importations in question; that he has been importing umbrella silk from Germany and other countries for the past 25 or 30 years; that he had never had his values questioned or advanced prior to this instance; and that he had furnished to the appraiser, as well as the Treasury agent who called at his place of business, all the information in his possession. From the record the court was satisfied that the entry at less value than that found on final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts or to deceive the appraiser as to the true value of the merchandise. The petitions were therefore granted.

**No. 50016.**—Petition 6489–R of J. J. Kagan (Los Angeles).

Opinion by OLIVER, P. J. The petition having been formally abandoned was dismissed by the court.

BEFORE THE SECOND DIVISION, FEBRUARY 14, 1945

**No. 50017.**—Protests 718611–G, etc., of M. S. Levy & Sons et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50018.**—Protests 612775–G/9218, etc., of Eugene Ellis Co., Inc., et al. (New Orleans, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.